**JEANNE MARIE CELLA & ASSOCIATES, LLC**
**BY: Jeanne Marie Cella, Esquire**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 566-8500**
**Facsimile:  (610) 566-4375**                                    **Attorney for: Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Jeri Estok                                            : No. 14-18689

            Debtor                                           : Chapter 13

### PRAECIPE TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE

Debtor, by counsel, respectfully represents:

1. This case was filed as a Chapter 7 on October 31, 2014.

2. This case was previously converted to a Chapter 13 on Janu 7, 2015.

3. Debtor is eligible to be converted under Chapter 7.

4. Debtor desires to convert to a case under Chapter 7 of 11 U.S.C.

WHEREFORE, debtor prays for relief under Chapter 7 of title 11 U.S.C. Section 1112(a).of the United States Code.

                                        **JEANNE MARIE CELLA & ASSOC, LLC**


                                        BY: */s/ Jeanne Marie Cella*
                                              Jeanne Marie Cella, Esquire
                                              Attorney for Debtor


Dated: March 22, 2017