UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

JERI L ESTOK
                                              : Bankruptcy No. 14-18689SR
         Debtor(s)                            : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: March 22, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JEANNE MARIE CELLA ESQ
215 N OLIVE ST
MEDIA PA 19063-

JERI L ESTOK
228 BALLYMORE RD
SPRINGFIELD,PA.19064