```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                               Case No. 14-18689-sr
Jeri L Estok                                                         Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey                 Page 1 of 2       Date Rcvd: Mar 22, 2017
                             Form ID: pdf900              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +Jeri L Estok,    228 Ballymore Rd,    Springfield, PA 19064-2302
13514165        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13414862       +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
13414863        Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13514164        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13414864       +Cb/Lnbrynt,    Po Box 182273,    Columbus, OH 43218-2273
13414865       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13414866       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13504123        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13530340       +PNC Bank, N.A.,    ATTN: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13414870       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13414872       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13471702        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI   53708-8973
13414873       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:52      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:58      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13458104        E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:38:16      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13414867       +E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:38:16      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13414868        E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 01:38:20      IRS,   Atlanta, GA 39901
13414869       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 23 2017 01:38:19      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13471661        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:39:20
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13531427       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2017 01:33:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13468121        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:38:26
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13442123        E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2017 01:33:50
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13414871       +E-mail/PDF: pa_dc_claims@navient.com Mar 23 2017 01:34:00      Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Stacey              Page 2 of 2              Date Rcvd: Mar 22, 2017
                                Form ID: pdf900           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEANNE MARIE CELLA    on behalf of Debtor Jeri L Estok paralegal@lawbsc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :

JERI  L ESTOK
                                                              : Bankruptcy No. 14-18689SR
         Debtor(s)                                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: March 22, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JEANNE MARIE CELLA ESQ
215 N OLIVE ST
MEDIA PA 19063-

JERI  L ESTOK
228 BALLYMORE RD
SPRINGFIELD,PA.19064