**Jeanne Marie Cella & Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                              **Attorney for: Debtor**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Jeri L Estok**                    :        Chapter 13
                                            :
                                            :
            Debtor            :        Bankruptcy No. **14-18689**

### O R D E R

AND NOW, this 11th day of May, 2017, upon consideration of the

debtor's motion to reconsider this Court's order dismissing chapter 13 Case and to reinstate case for the Purpose of converting to chapter 7, it is hereby

**ORDERED** and **DECREED** that debtor's motion is granted.

It is further **ORDERED** that this Court's order entered March 22, 2017 shall be vacated and the case reinstated.

                                                            BY THE COURT:

                                                            _____
                                                            Judge Stephen Raslavich

**Interested Parties**
Frederick Reigle, Trustee
2901 St Lawrence Ave
Reading, PA 19606