United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-18689-sr
Jeri L Estok                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2                 Date Rcvd: May 12, 2017
                             Form ID: pdf900           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db           +Jeri L Estok,    228 Ballymore Rd,    Springfield, PA 19064-2302
13514165      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13414862     +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
13414863      Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13514164      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13414864     +Cb/Lnbrynt,    Po Box 182273,    Columbus, OH 43218-2273
13414865     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13414866     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13504123      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13530340     +PNC Bank, N.A.,    ATTN: Bankruptcy Department,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
13414870     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13414872     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13471702      United States Department of Education,    Claims Filing Unit,    P O Box 8973,
               Madison, WI  53708-8973
13414873     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov May 13 2017 01:03:59    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:01
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:34    Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13458104      E-mail/Text: mrdiscen@discover.com May 13 2017 01:02:21    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13414867     +E-mail/Text: mrdiscen@discover.com May 13 2017 01:02:21    Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13414868      E-mail/Text: cio.bncmail@irs.gov May 13 2017 01:02:26    IRS,    Atlanta, GA 39901
13414869     +E-mail/Text: bnckohlsnotices@becket-lee.com May 13 2017 01:02:23    Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13471661      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2017 07:25:54
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13531427     +E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2017 01:06:23
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13468121      E-mail/Text: bnc-quantum@quantum3group.com May 13 2017 01:02:34
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13442123      E-mail/PDF: rmscedi@recoverycorp.com May 13 2017 01:06:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13414871     +E-mail/PDF: pa_dc_claims@navient.com May 13 2017 01:06:30    Sallie Mae,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: Stacey              Page 2 of 2                 Date Rcvd: May 12, 2017
                               Form ID: pdf900           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEANNE MARIE CELLA    on behalf of Debtor Jeri L Estok paralegal@lawbsc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

**Jeanne Marie Cella & Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                    Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Jeri L Estok**                    :        Chapter 13
                                            :
                                            :
                    Debtor                  :        Bankruptcy No. **14-18689**

### O R D E R

**AND NOW**, this 11th day of May, 2017, upon consideration of the

debtor's motion to reconsider this Court's order dismissing chapter 13 Case and to reinstate case for the Purpose of converting to chapter 7, it is hereby

**ORDERED** and **DECREED** that debtor's motion is granted.

It is further **ORDERED** that this Court's order entered March 22, 2017 shall be vacated and the case reinstated.

                                BY THE COURT:

                                _____
                                Judge Stephen Raslavich

**Interested Parties**
Frederick Reigle, Trustee
2901 St Lawrence Ave
Reading, PA 19606