## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jeri L. Estok | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 14-18689-SR |
| | : | |
| | : | |

### NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled

§341 Meeting of Creditors on 6/28/17 and 7/5/17.


DATED this 7th day of July, 2017.



ANDREW R. VARA
Acting United States Trustee


By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal