## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : CHAPTER 7

**Jeri L. Estok**

DEBTOR : BANKRUPTCY NO. 14-18689 SR

## ORDER TO SHOW CAUSE WHY
## DEBTOR(S)' CASE SHOULD NOT BE DISMISSED

The Court having been apprised that the debtor(s), has failed to appear for a scheduled Section 341(a) Meeting although being given <u>two</u> opportunities to so appear, or failed to file a motion seeking authority to file interrogatories in lieu of appearing at the §341(a) meeting of creditors, it is hereby:

**Ordered**, that the debtor(s) shall appear before Bankruptcy Judge Stephen Raslavich:

In: United States Bankruptcy Court
900 Market Street
2nd Floor **Courtroom No. 4**
Philadelphia Pennsylvania 19107

**On:** August 9, 2017 at 1:30 P.M.

to show cause why debtor(s)' bankruptcy should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

**It Is Further Ordered,** that if the debtor(s) fails to appear at the hearing scheduled above, this case shall be dismissed without need for further notice or hearing.

By the Court:

*[signature]*

STEPHEN RASLAVICH
United States Bankruptcy Judge

Dated: <u>July 10, 2017</u>

Jeri L Estok
228 Ballymore Rd
Springfield, PA 19064

JEANNE MARIE CELLA
Jeanne Marie Cella and Associates, LLC
215 N Olive St, Ste 101
Media, PA 19063

TERRY P. DERSHAW, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

*Nancy Deal, Courtroom Deputy*