United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18689-sr
Jeri L Estok                                                            Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey            Page 1 of 1            Date Rcvd: Jul 11, 2017
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db             +Jeri L Estok,    228 Ballymore Rd,    Springfield, PA 19064-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
      JEANNE MARIE CELLA    on behalf of Debtor Jeri L Estok paralegal@lawbsc.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      THOMAS I. PULEO    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                             : CHAPTER 7
                                                  :
**Jeri L. Estok**                                 :
                                                  :
                         DEBTOR                   : BANKRUPTCY NO. 14-18689 SR

## ORDER TO SHOW CAUSE WHY DEBTOR(S)' CASE SHOULD NOT BE DISMISSED

The Court having been apprised that the debtor(s), has failed to appear for a scheduled Section 341(a) Meeting although being given <u>two</u> opportunities to so appear, or failed to file a motion seeking authority to file interrogatories in lieu of appearing at the §341(a) meeting of creditors, it is hereby:

**Ordered**, that the debtor(s) shall appear before Bankruptcy Judge Stephen Raslavich:

    In:    United States Bankruptcy Court
           900 Market Street
           2nd Floor **Courtroom No. 4**
           Philadelphia Pennsylvania 19107

    **On:   August 9, 2017 at 1:30 P.M.**

to show cause why debtor(s)' bankruptcy should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

**It Is Further Ordered,** that if the debtor(s) fails to appear at the hearing scheduled above, this case shall be dismissed without need for further notice or hearing.

                                        By the Court:

                                        *Stephen Raslavich*

                                        STEPHEN RASLAVICH
Dated:  July 10, 2017                   United States Bankruptcy Judge

Jeri L Estok
228 Ballymore Rd
Springfield, PA 19064

JEANNE MARIE CELLA
Jeanne Marie Cella and Associates, LLC
215 N Olive St, Ste 101
Media, PA 19063

TERRY P. DERSHAW, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

*Nancy Deal, Courtroom Deputy*