# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jeri L. Estok                                    Chapter 7

Debtors.                                                Bankruptcy No. 14-18689-SR

## ORDER

AND NOW, this 9th day of August, 2017, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Terry Dershaw on September 7, 2017 at 833 Chestnut Street, Suite 501, Philadelphia, PA 19107 at 8:30 a.m.** Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on 9-13, 2017, at 1:30 p.m., Courtroom #4, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
STEPHEN RASLAVICH
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee