United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-18689-sr
Jeri L Estok                                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1                   Date Rcvd: Aug 11, 2017
                               Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db           +Jeri L Estok,    228 Ballymore Rd,   Springfield, PA 19064-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Aug 12 2017 01:35:02      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2017 01:34:24
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2017 01:34:51     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2017 01:35:48      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
              JEANNE MARIE CELLA    on behalf of Debtor Jeri L Estok paralegal@lawbsc.com,    pennduke@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              TERRY P. DERSHAW     td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jeri L. Estok                                Chapter 7

Debtors.                                     Bankruptcy No. 14-18689-SR

## ORDER

AND NOW, this 9th day of August, 2017, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Terry Dershaw on September 7, 2017 at 833 Chestnut Street, Suite 501, Philadelphia, PA 19107 at 8:30 a.m.** Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on _____9-13_____, 2017, at 1:30 p.m., Courtroom #4, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
STEPHEN RASLAVICH
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee